James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Oakland, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JohnDOE, | Case No.: CV 11-3476 (SC) |
| Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| U.S. BANCORP LONG TERM DISABILITY PLAN *and* HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | |
| Defendant. | |

**IT IS HEREBY STIPULATED,** pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between plaintiff John Doe and defendants U.S. Bancorp Long Term Disability Plan and Hartford Life and Accident Insurance Company, through their attorneys of record, as follows:

1. The parties have reached a confidential settlement of all claims asserted or that could have been asserted in this action.

2. The parties, through their counsel, stipulate to dismiss this action in its entirety, as to all parties and claims, with prejudice, each party to bear its own attorney's fees and costs.

//
//
//
//

**IT IS SO STIPULATED.**

Dated:  March 16, 2012                                  BOLT · KEENLEY - ATTORNEYS AT LAW

                                                        By:/s/ *James P. Keenley*
                                                            James P. Keenley
                                                            Attorneys for Plaintiff John DOE

                                                        KELLY, HOCKEL & KLEIN, P.C.

Dated: March 16, 2012                                   By: /s/ *Thomas K. Hockel*
                                                            THOMAS K. HOCKEL
                                                            Attorneys for Defendants US BANCORP
                                                            LONG TERM DISABILITY PLAN and
                                                            HARTFORD LIFE AND ACCIDENT
                                                            INSURANCE COMPANY

## **ORDER**

Pursuant to the parties' stipulation, this action is hereby dismissed in its entirety, as to all parties and claims, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: March 19, 2012                                   _____
                                                        Samuel Conti
                                                        UNITED STATES DISTRICT JUDGE